IN THE SUPREME COURT OF TEXAS

 No. 07-0943

 IN RE BILFINGER BERGER AG AND BILFINGER BERGER GAS AND OIL SERVICES
 NIGERIA LIMITED

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief, filed November 19, 2007,
is granted in part. The Order on Plaintiffs' Motions to Compel dated
October 5, 2007, in Cause No. 2004-29270, styled Shelly Fowler, et al. v.
International Building Systems, Inc., Bilfinger Berger AG, and Bilfinger
Berger Gas and Oil Services Nigeria Limited, in the 189th District Court of
Harris County, Texas, is stayed pending further order of this Court.
 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before 3:00 p.m., December
19, 2007.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this November 21, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk